E-FILED 11/15/12
CLOSED
TERM #16; LINK #18

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA M. MENDOZA a Single Woman; <br><br> Plaintiff, <br><br> vs. <br><br> US BANK N.A., AS TRUSTEE; Central Loan Administration & Reporting; US BANK N.A as Trustee for MARMO6-0A2,; and Does 1 through 10,inclusive <br><br> Defendants. | Case No. 5:12-CV-01532-PSG-DTB <br><br> *Judge Philip S. Gutierrez* <br><br> [~~PROPOSED~~] **JUDGMENT OF DISMISSAL** |

**TO AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

On November 09, 2012, the Court entered an order on the Motion to Dismiss of Defendants, U.S. Bank National Association, as Trustee for

-1-

1  MARM06-OA2 (erroneously sued separately as U.S. Bank National Association,
2  as Trustee and U.S. Bank National Association, as Trustee for MARM06-OA2)
3  and Cenlar, FSB (erroneously sued as Central Loan Administration & Reporting)
4  (collectively "Defendants") to the Complaint of Plaintiff Tina Mendoza. Pursuant
5  to the Court's Order, The Motion to Dismiss is Granted without leave to amend.
6  In accordance with said order,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that a Judgment of Dismissal with prejudice is entered in favor of Defendants U.S. Bank National Association, as Trustee for MARM06-OA2, and Cenlar, FSB, and against Plaintiff Tina Mendoza.

Dated: 11/15/12    By:  **PHILIP S. GUTIERREZ**
Honorable Philip S. Gutierrez
Judge of the U.S. District Court.

# PROOF OF SERVICE

I, Marilee V. Johnson, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On November 13, 2012, I served the within **[PROPOSED] JUDGMENT OF DISMISSAL** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Tina M. Mendoza
544 South Willow Avenue
Rialto, CA  92376
(951) 544-6642; NO EMAIL
***Plaintiff in Pro Se***

[ ]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 608-9142, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]   (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically to the parties at the e-mail address indicated. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

-2-

[ ] (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2012, at Newport Beach, California.

_/s/ Marilee V. Johnson_
Marilee V. Johnson